KEVIN V. RYAN (CASBN 118321)
United States Attorney

EUMI L. CHOI (WVSBN 0722)
Chief, Criminal Division

MICHELLE MORGAN-KELLY (DEBN 3651)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7210
    Fax: (415) 436-6960

Attorneys for Plaintiff

UNITED STATES MAGISTRATE COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RALBERT BROOK-HAMILTON, ) <br> ) <br> Defendant. ) <br> ) | No.   3 05 00631 SI <br><br> ORDER AND STIPULATION FOR CONTINUANCE FROM OCTOBER 7, 2005 TO OCTOBER 17, 2005 AND EXCLUDING TIME FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |

With the agreement of the parties, and with the consent of the defendant, the Court enters this order scheduling a status hearing for October 17, 2005 at 9:30A.M. before the duty magistrate judge, and documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from October 7, 2005, to October 17, 2005.  The parties agree, and the Court finds and holds, as follows:

    1.  The defendant has been released on a bond.

    2.  Defendant has yet to secure counsel..

    3.  The defendant agrees to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(iv) for continuity of counsel and to provide reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    4.  After a hearing on this matter on October 7, 2005, the Court finds that the ends of

1 justice served by excluding the period from October 7, 2005 to October 17, 2005, outweigh the
2 best interest of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).
3     5.  Accordingly, and with the consent of the defendant, the Court (1) sets a status hearing
4 date before the duty magistrate judge on October 17, 2005, at 9:30A.M., and (2) orders that the
5 period from October 7, 2005 to October 17, 2005 be excluded from Speedy Trial Act calculations
6 under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).
7 IT IS SO STIPULATED:
8 DATED:     10/11/05                    /s/
    STEVEN KALAR
9     Assistant Federal Public Defender
    Specially Appearing for Defendant Ralbert Brook-Hamilton

11
12 DATED:     10/11/05                    /s/
    MICHELLE MORGAN-KELLY
    Assistant United States Attorney
13
14 IT IS SO ORDERED.

15 DATED: 10/12/05
16 HO[N.] _____ [Magistrate] Judge
17 Uni[ted States] Judge
    IT IS SO ORDERED
    Judge James Larson