KEVIN V. RYAN (CASBN 118321)
United States Attorney

EUMI L. CHOI (WVSBN 0722)
Chief, Criminal Division

MICHELLE MORGAN-KELLY (DEBN 3651)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6960
   Fax: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES MAGISTRATE COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. 3 05 00631 SI |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING UNTIL DECEMBER 1, 2005 AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| v. | ) | |
| RALBERT BROOKS-HAMILTON, | ) | |
| Defendant. | ) | |

     With the agreement of the parties, and with the consent of the defendant, the Court enters this order scheduling a status hearing for December 1, 2005 at 11:00A.M., and documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from November 4, 2005, to December 1, 2005. The parties agree, and the Court finds and holds, as follows:

     1. The defendant has been released on a bond.

     2. The defendant agrees to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(iv) for continuity of counsel and to provide reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

     3. After a hearing on this matter on November 4, 2005, the Court finds that the ends of justice served by excluding the period from November 4, 2005 to December 1, 2005, outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

1     4. Accordingly, and with the consent of the defendant, the Court (1) sets a status hearing
2 date on December 1, 2005, at 11:00A.M., and (2) orders that the period from November 4, 2005
3 to December 1, 2005 be excluded from Speedy Trial Act calculations under 18 U.S.C. §
4 3161(h)(8)(A) & (B)(iv).
5 IT IS SO STIPULATED:
6 DATED: 11/10/05                  _____/s/_____
7                                        STEVEN KALAR
                                       Assistant Federal Public Defender
8
9 DATED: 11/4/05                   _____/s/_____
10                                    MICHELLE MORGAN-KELLY
                                   Assistant United States Attorney
11 IT IS SO ORDERED.
12
13 DATED:_____
14                                HON. SUSAN ILSTON
                               United States District C...

*[Court seal with signature: "IT IS SO ORDERED / Judge Susan Illston"]*

CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the office of the United States Attorney, Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned certifies that she caused copies of

**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING UNTIL DECEMBER 1, 2005 AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT**

in the case of **UNITED STATES V. RALBERT BROOKS-HAMILTON, CR 05-00631 SI** to be served on the parties in this action, by placing a true copy thereof in a sealed envelope, addressed as follows which is the last known address:

**Steven Kalar**
**Assistant Federal Public Defender**
**450 Golden Gate Avenue**
**San Francisco, CA 94102**

__X__ (By Personal Service), I caused such envelope to be delivered by hand to the person or offices of each addressee(s) above.

_____ (By Facsimile), I caused each such document to be sent by Facsimile to the person or offices of each addressee(s) above.

_____ (By Mail), I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at San Francisco, California.

_____ (By Fed Ex), I caused each such envelope to be delivered by FED EX to the address listed above.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 7, 2005

/s/
RAWATY YIM
United States Attorney's Office