KEVIN V. RYAN (CASBN 118321)
United States Attorney

EUMI L. CHOI (WVSBN 0722)
Chief, Criminal Division

MICHELLE MORGAN-KELLY (DEBN 3651)
Assistant United States Attorney

  450 Golden Gate Avenue, Box 36055
  San Francisco, California 94102
  Telephone: (415) 436-6960
  Fax: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES MAGISTRATE COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 3 05 00631 SI |
| Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING FROM JANUARY 6, 2006 UNTIL JANUARY 27, 2006 AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| v. ) | |
| RALBERT BROOKS-HAMILTON, ) | |
| Defendant. ) | |

With the agreement of the parties, and with the consent of the defendant, the Court enters this order scheduling a status hearing for January 27, 2006 at 11:00A.M., and documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from January 6, 2006 through January 27, 2006. The parties agree, and the Court finds and holds, as follows:

1. The defendant has been released on a bond.

2. The defendant agrees to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(iv) to provide reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

3. After a hearing on this matter on January 6, 2006, the Court finds that the ends of justice served by excluding the period from January 6, 2006 through January 27, 2006 outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

|   |   |
|---|---|
| 1 | 4. Accordingly, and with the consent of the defendant, the Court (1) sets a status hearing |
| 2 | date on January 27, 2006, at 11:00A.M., and (2) orders that the period from January 6, 2006 |
| 3 | through January 27, 2006 be excluded from Speedy Trial Act calculations under 18 U.S.C. § |
| 4 | 3161(h)(8)(A) & (B)(iv). |

IT IS SO STIPULATED:

DATED:    1/11/06        _____/s/_____
STEVEN KALAR
Assistant Federal Public Defender

DATED:    1/11/06        _____/s/_____
MICHELLE MORGAN-KELLY
Assistant United States Attorney

IT IS SO ORDERED.

DATED:_____

HON. SUSAN ILLSTON
United States District Judge

IT IS SO ORDERED
/s/ Susan Illston
Judge Susan Illston

2

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the office of the United States Attorney, Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned certifies that she caused copies of

**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING FROM JANUARY 6, 2006 UNTIL JANUARY 27, 2006 AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT**

in the case of **UNITED STATES V. RALBERT BROOKS-HAMILTON, CR 3-05-00631 SI** to be served on the parties in this action, by placing a true copy thereof in a sealed envelope, addressed as follows which is the last known address:

**Steven Kalar**
**Assistant Federal Public Defender**
**450 Golden Gate Avenue**
**San Francisco, CA 94102**

__X__ (By Personal Service), I caused such envelope to be delivered by hand to the person or offices of each addressee(s) above.

_____ (By Facsimile), I caused each such document to be sent by Facsimile to the person or offices of each addressee(s) above.

_____ (By Mail), I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at San Francisco, California.

_____ (By Fed Ex), I caused each such envelope to be delivered by FED EX to the address listed above.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 11, 2006

/s/
RAWATY YIM
United States Attorney's Office