1 | KEVIN V. RYAN (CASBN 118321)
United States Attorney

2

3 | EUMI L. CHOI (WVSBN 0722)
Chief, Criminal Division

4 | MICHELLE MORGAN-KELLY (DEBN 3651)
Assistant United States Attorney

5

6 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6960

7 | Fax: (415) 436-7234

8 | Attorneys for Plaintiff

9 | UNITED STATES MAGISTRATE COURT

10 | NORTHERN DISTRICT OF CALIFORNIA

11 | SAN FRANCISCO DIVISION

12 | UNITED STATES OF AMERICA,          )     No.    3 05 00631 SI
                                        )
13 |    Plaintiff,                      )     STIPULATION AND [PROPOSED]
                                        )     ORDER CONTINUING HEARING
14 |    v.                              )     FROM JANUARY 27, 2006 UNTIL
                                        )     FEBRUARY 17, 2006 AND
15 | RALBERT BROOKS-HAMILTON,           )     EXCLUDING TIME UNDER THE
                                        )     SPEEDY TRIAL ACT
16 |    Defendant.                      )
                                        )
17 |

18 |     With the agreement of the parties, and with the consent of the defendant, the Court enters

19 | this order scheduling a status hearing for February 17, 2006 at 11:00A.M., and documenting the

20 | exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from January 27, 2006

21 | through February 17, 2006. The parties agree, and the Court finds and holds, as follows:

22 |     1. The defendant has been released on a bond.

23 |     2. The defendant agrees to an exclusion of time under the Speedy Trial Act, 18 U.S.C. §

24 | 3161(h)(8)(B)(iv) to provide reasonable time necessary for effective preparation, taking into

25 | account the exercise of due diligence.

26 |     3. After a hearing on this matter on January 27, 2006, the Court finds that the ends of

27 | justice served by excluding the period from January 27, 2006 through February 17, 2006

28 | outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. §

1  3161(h)(8)(A).

2      4. Accordingly, and with the consent of the defendant, the Court (1) sets a status hearing
3  date on February 17, 2006, at 11:00A.M., and (2) orders that the period from January 27, 2006
4  through February 17, 2006 be excluded from Speedy Trial Act calculations under 18 U.S.C. §
5  3161(h)(8)(A) & (B)(iv).

6  IT IS SO STIPULATED:

7  DATED:     1/27/06                _____/S/_____
                                               STEVEN KALAR
8                                                 Assistant Federal Public Defender

9

10 DATED:     1/27/06                _____/S/_____
                                               MICHELLE MORGAN-KELLY
11                                                Assistant United States Attorney

12 IT IS SO ORDERED.

13

14 DATED:_____             _____
15                                      HON. SUSAN ILSTON
                                     United States District Court Judge

*(Court seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA; stamp: IT IS SO ORDERED / Judge Susan Illston)*