KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

MICHELLE MORGAN-KELLY (DEBN 3651)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6960
    Facsimile: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>     Plaintiff, ) <br> ) <br>   v. ) <br> ) <br> RALBERT BROOKS-HAMILTON, ) <br> ) <br>     Defendant. ) <br> ) | No. 05-00631-SI <br><br> **[PROPOSED] ORDER AND NOTICE OF DISMISSAL** <br><br> (San Francisco Venue) |

    With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the

United States Attorney for the Northern District of California dismisses the above indictment

//

//

//

//

//

NOTICE OF DISMISSAL
05-00631-SI

1 | without prejudice and requests that defendant's bond be exonerated.

2 | DATED: February 8, 2006                                    Respectfully submitted,

3 |

4 |                                                             KEVIN V. RYAN
                                                              United States Attorney

5 |

6 |                                                             _____/s/_____

7 |                                                             Jonathan Schmidt
                                                              Deputy Chief, Major Crimes

8 |

9 |        Leave is granted to the government to dismiss the indictment, and defendant's bond is

10 | hereby exonerated.

11 |        SO ORDERED.

12 |     2/8/06

13 | Date: _____

14 |                                                             The Honorable Susan Illston
                                                              United States District Court Judge

NOTICE OF DISMISSAL
3-05-70674 BZ                                  2

CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the office of the United States Attorney, Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned certifies that she caused copies of

**[PROPOSED] ORDER AND NOTICE OF DISMISSAL**

in the case of **UNITED STATES V. RALBERT BROOKS-HAMILTON, CR 3-05-00631 SI** to be served on the parties in this action, by placing a true copy thereof in a sealed envelope, addressed as follows which is the last known address:

**Steven Kalar**
**Assistant Federal Public Defender**
**450 Golden Gate Avenue**
**San Francisco, CA 94102**

__X__ (By Personal Service), I caused such envelope to be delivered by hand to the person or offices of each addressee(s) above.

_____ (By Facsimile), I caused each such document to be sent by Facsimile to the person or offices of each addressee(s) above.

_____ (By Mail), I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at San Francisco, California.

_____ (By Fed Ex), I caused each such envelope to be delivered by FED EX to the address listed above.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 8, 2006

　　　　　　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　　RAWATY YIM
　　　　　　　　　　　　　　　　　　　United States Attorney's Office

NOTICE OF DISMISSAL
3-05-70674 BZ        3